# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PRECIOUS MCAFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | NOTICE OF REMOVAL |
| ) | CIVIL ACTION |
| ) | |
| HARRAH'S NORTH KANSAS CITY, ) | |
| LLC ) | |
| Defendant. ) | |

TO: The Clerk of the above-entitled court and
all parties and their attorneys of record

PLEASE TAKE NOTICE that defendant Harrah's North Kansas City, LLC (hereinafter "Harrah's NKC"), a citizen of the States of Delaware and Nevada, hereby removes the above-entitled action from the Circuit Court of Clay County, Missouri to the United States District Court for the Western District of Missouri. In support of its removal, defendant Harrah's NKC respectfully states:

1. Plaintiff Precious McAfee filed her Petition on or about January 15, 2020, commencing an action styled <u>Precious McAfee v. Harrah's North Kansas City, LLC/d/b/a Harrah's North Kansas City Casino</u>, Case No. 20CY-CV00624 in the Circuit Court of Clay County, Missouri. A true copy of that Petition is attached hereto as Exhibit A. In her action, plaintiff seeks damages for personal injuries from alleged sexual harassment by a non-employed third-party while on the premises of Harrah's NKC on June 17, 2019. Ex. A. Plaintiff seeks recovery of compensatory damages for her alleged injuries, including emotional distress, together with punitive damages, attorney fees, as well as other costs associated with this suit. Ex. A. Plaintiff has requested a jury trial. Ex. A.

2. Defendant Harrah's NKC received "through service or otherwise" a copy of the plaintiffs' Summons and Petition on January 29, 2020, when its registered agent in Missouri was served. A true copy of the Summons issued to Harrah's NKC is attached as "Exhibit B." Exhibits A and B constitute all of the matters sent to or served on defendant Harrah's NKC in this action.

3. Plaintiff is a citizen of the State of Missouri. See Exhibit A.

4. Defendant is not a citizen of the State of Missouri, in that Harrah's NKC is a limited liability company. On January 25, 2020 and at all times since:

- Harrah's North Kansas City LLC has had a single member, a limited liability company: CEOC LLC;
- CEOC has had a single member: Caesars Entertainment Corporation; and,
- Caesars Entertainment Corporation has been a corporation formed under the laws of the State of Delaware with a principal place of business in Nevada. See Exhibit C, affidavit of Neal Krokosy, Senior Corporate Counsel for Caesars Entertainment Corporation.

5. This civil action is properly removable to the United States District Court for the Western District of Missouri based on the facts enumerated herein, including:

a. This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) and may be removed to this Court pursuant to 28 U.S.C. § 1441, in that it is a civil action between citizens of different states with the amount in controversy exceeding the sum of $75,000.00, exclusive of costs.

b. Both at the time of this removal as well as at the time the Petition was filed, plaintiff is and was a resident of the state of Missouri. *See* Ex. A, plaintiff's Petition ¶ 1.

c. Both at the time of this removal as well as at the time the Petition was filed, defendant Harrah's NKC is and was deemed a citizen and resident of the states of Delaware and Nevada. See Exhibit C.

d. With respect to the amount in controversy, plaintiff seeks to recover compensatory damages for alleged injuries, including emotional distress, and also seeks other damages. Ex. A. Given the nature of plaintiff's claims and the alleged damages sought, Defendant understands and believes that the amount in controversy necessarily exceeds $75,000.000. *See* Ex. A (Plaintiff is seeking compensatory damages, punitive damages, attorneys' fees and related litigation and enforcement expenses). Although defendant disputes these amounts, as well as the existence, nature, and extent of plaintiff's alleged injuries and/or damages, they must nonetheless be taken into account for purposes of determining the amount in controversy.

e. This Notice of Removal was filed with this Court within thirty days of defendant Harrah's NKC having received "through service or otherwise" a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, as provided by 28 U.S.C. § 1446(b).

6. A true copy of the Notice of Removal is being concurrently filed with the Clerk of the Circuit Court of Clay County, Missouri, as provided by law, and will be concurrently served upon all parties.

WHEREFORE, defendant Harrah's NKC respectfully requests that this action be removed to the United States District Court for the Western District of Missouri.

Dated this 27th day of February, 2020.

3
Case 4:20-cv-00148-BP   Document 1   Filed 02/27/20   Page 3 of 4

Respectfully submitted,

*/s/ K. Christopher Jayaram*

| K. Christopher Jayaram | MO # 50771 |
|---|---|
| Matthew R. Klose | MO # 68179 |

Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 421-0700
FAX # (816) 421-0899
cjayaram@hab-law.com
mklose@hab-law.com

**Attorneys for Defendant
Harrah's North Kansas City, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with this Court using the Court's electronic filing system on this 27th day of February, 2020 which will make a copy available to counsel of record including:

Henry W. Tanner Jr.
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
henry@htannerlaw.com


Gene P. Graham Jr.
Deborah Blakely
WHITE GRAHAM BUCKLEY & CARR LLC 47138 19049
East Valley View Parkway, Suite C
Independence MO 64055
Ggraham@wagblaw.com
dblakely@wagblaw.com

**Attorneys for Plaintiff**

/s/ *K. Christopher Jayaram*
Attorney