# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PRECIOUS MCAFEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  4:20-CV-00148-BP |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HARRAH'S NORTH KANSAS CITY, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Comes now Plaintiff, Precious McAfee, and Defendant, Harrah's North Kansas City, LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), and hereby stipulate that all claims and causes of action asserted by Plaintiff against Defendant Harrah's North Kansas City, LLC in the above-captioned matter shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

/s/ K. Christopher Jayaram
K. Christopher Jayaram        MO 50771
Matthew R. Klose             MO 68179
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
816-421-0700
816-421-0899-Fax
cjayaram@hab-law.com
mklose@hab-law.com
Attorney for Defendant
Harrah's North Kansas City, LLC

And

1

*/s/ Gene P. Graham Jr.*

Gene P. Graham Jr.
Deborah Blakely
WHITE GRAHAM BUCKLEY & CARR LLC
East Valley View Parkway, Suite C
Independence MO 64055
Ggraham@wagblaw.com
dblakely@wagblaw.com
kaustin@wagblaw.com

Henry W. Tanner Jr.
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
henry@htannerlaw.com

Attorneys for Plaintiff Precious McAfee

## CERTIFICATE OF SERVICE

This will certify that on the 30th day of November, 2020, a copy of the above and foregoing document was served on the following counsel of record via email:

Henry W. Tanner Jr.
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
henry@htannerlaw.com

Gene P. Graham Jr.
Deborah Blakely
WHITE GRAHAM BUCKLEY & CARR LLC 47138 19049
East Valley View Parkway, Suite C
Independence MO 64055
Ggraham@wagblaw.com
dblakely@wagblaw.com
kaustin@wagblaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ K. Christopher Jayaram*
Attorney

2