# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| PRECIOUS MCAFEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:20-CV-00148-BP |
| | ) |
| v. | ) |
| | ) |
| HARRAH'S NORTH KANSAS CITY, LLC | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 30th day of November 2020, the parties herein having filed a Stipulation for Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: December 4, 2020